IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 05-10055 |
| | ) |
| CHAD STEINER, | ) |
| | ) |
| Defendant. | ) |

ENTRY OF APPEARANCE

NOW COMES RONALD L. HAMM, as court appointed counsel, and enters his appearance as counsel of record for the Defendant, CHAD STEINER, and states further that he is in good standing in the Central District of Illinois.

S/  RONALD L. HAMM

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/EFC system which will send notification of such filing to the following: Tate Chambers, U.S. Attorneys Office, Peoria, Illinois.

S/ Ronald L. Hamm
Chad Steiner, Defendant
RONALD L. HAMM
Attorney At Law
415 Hamilton Blvd.
Peoria, IL 61602
Telephone: (309) 671-9701
Fax: (309)637-5788
RHamm@CFGOLAW.com