E-FILED
Friday, 26 August, 2005   02:06:26 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **05-10055** <br> ) |
| **Chad E. Steiner** <br> Defendant | ) <br> ) <br> ) |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **9:15 a.m.** on **Friday, October 14, 2005.**

This matter is set for Jury Trial at **9:00 a.m.** on **Monday, October 24 , 2005**

at

[ X ] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 26th  day of August, 2005

/s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE