AO 83 (Rev. 12/85) Summons in a Criminal Case

**E-FILED**
Monday, 29 August, 2005 09:44:23 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

**FILED**
AUG 2 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

vs.

Case Number: 05-10055-001

**CHAD E. STEINER**
c/o Ron Hamm
415 Hamilton Blvd.
Peoria, IL. 61602

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
US Courthouse, Courtroom C, Federal Bldg., Peoria, IL.
on
Friday, August 26th, at 3:15pm
before the
HONORABLE **JOHN GORMAN, US MAGISTRATE JUDGE**

To answer an Indictment charging you with a violation:
Cts 1&2-wire fraud 18:1343
Cts 3-5-Fictitious Obligations 18:514
Cts 6&7 -prohibited monetary transaction

DATE: 8/19/05

s/ John M. Waters
JOHN M. WATERS, CLERK

s/H. Kallister
s/H. Kallister
BY: DEPUTY CLERK

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) |
| Check one box below to indicate the appropriate method of service |

[✓] Served personally upon the defendant at: _415 Hamilton Blvd. Peoria, Il._

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
  Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _8/23/2005_     s/ US Marshal
  Date                              Name of United States Marshal

                                    (by) Deputy United States Marshal

Remarks: