IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )  | |
|                              )  | |
|             Plaintiff,       )  | |
|                              )  | |
|      vs.                     )  | CASE NO. 05-10055 |
|                              )  | |
| CHAD STEINER,                )  | |
|                              )  | |
|             Defendant.       )  | |

**<u>MOTION TO ORDER THE SALE AND DISTRIBUTION OF PROCEEDS</u>**

NOW COMES the Defendant, CHAD STEINER, by his attorney, RONALD L. HAMM, and moves this Honorable Court to order the sale of certain automobiles and apply the proceeds to immediate payment of restitution and in support thereof states as follows:

1. That the Defendant has previously entered a plea of guilty in the United State's District Court for the Central District of Illinois.

2. That at or about the time of the Defendant's arrest a 2005 BMW, and a 2005 Hummer were seized and are being held by the U.S. Government pursuant to a request for forfeiture.

3. That the Defendant has no objection to said forfeiture, in fact encourages the forfeiture and sale of said vehicles.

4. That the proceeds from the BMW motor vehicle to John Taraska as and for restitution by virtue of the fact that Mr. Taraska held the title to said vehicle as security for one of the loans made to the Defendant.

5. The proceeds from the sale of the Hummer Automobile should be held by the probation office for the purpose of payment to the alleged victims as determined appropriate by the probation

office.

7. The continued holding rather than sale of said vehicles results in a reduction in value of said vehicles, thereby depriving both the alleged victims and the Defendant of the funds which would be realized by a prompt sale of the said vehicles.

8. That the interests of justice would best be served if said vehicles would be immediately sold and the proceeds distributed according to the determination of the probation department.

WHEREFORE, the Defendant prays that this Honorable Court order that the vehicles held by the Government of the United State's of America be sold and the proceeds distributed pursuant to the terms of this motion.

S/RONALD L. HAMM

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/EFC system which will send notification of such filing to the following:
Tate Chambers, U.S. Attorneys Office, Peoria, Illinois

S/RONALD L. HAMM
Chad Steiner, Defendant
Ronald L. Hamm
415 Hamilton Blvd.
Peoria, IL 61602
Telephone: (309)671-9701
Fax (309) 637-5788
RHamm@CFGOLAW.com