IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-10055 |
| ) | |
| CHAD STEINER, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
TO ORDER THE SALE AND DISTRIBUTION OF PROCEEDS**

The United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Darilynn J. Knauss, Assistant United States Attorney, responds to the defendant's Motion to Order the Sale and Distribution of Proceeds as follows:

1. On July 8, 2005, seizure warrants were issued in Case No. 05-1027 in the Central District of Illinois for a 2004 Hummer H2, VIN 5GRGN23U84H112688 ("Hummer"), titled to Minerva Steiner, and a 2005 BMW CV, VIN WBABW53455PL49539 ("BMW"), titled to Chad E. Steiner and Minerva A. Steiner.

2. Pursuant to those seizure warrants, the Hummer and BMW were seized by special agents of the Federal Bureau of Investigation (FBI).

3. After the seizure of the Hummer and BMW, the FBI started administrative forfeiture proceedings. The defendant's interest in the vehicles has been forfeited.

4. On August 19, 2005, Chad E. Steiner was indicted by a federal grand jury. The indictment did not include forfeiture counts relating to the Hummer and BMW.

5. The administrative forfeiture proceedings started by the FBI are continuing. Procedures exist for victims to petition for remission or restoration of the proceeds of seized items. The victims in this case have been properly notified as per administrative forfeiture proceedings and have filed responses.

6. On November 7, 2005, the Hummer was forfeited (FBI administrative case number 05 FBI 003527). Forfeiture of the BMW will be completed on November 21, 2005 (FBI administrative case number 05 FBI 003528). The vehicles will now be turned over to the U.S. Marshall's Service for sale and the proceeds will be distributed.

6. In sum, the Hummer has been forfeited, the BMW will be in the near future, and the defendant has no remaining interest.

WHEREFORE, the United States requests that this motion be denied.

>UNITED STATES OF AMERICA
>
> JAN PAUL MILLER
> UNITED STATES ATTORNEY
>
> S:/Darilynn J. Knauss
> Darilynn J. Knauss
> Assistant United States Attorney
> One Technology Plaza
> 211 Fulton Street, Ste. 400
> Peoria, Illinois 61602
> Telephone: 309/671-7050

# CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO ORDER THE SALE AND DISTRIBUTION OF PROCEEDS** has this 8th day of November, 2005, been made on the party listed below by electronic case filing to:

> Mr. Ronald Hamm
> Attorney at Law
> 415 Hamilton Blvd.
> Peoria, IL 61602

> S:/Debra L. Hansen
> Debra L. Hansen
> Supervisory Secretary