IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| -vs-   ) | Case No.    05-10055 |
| ) | |
| CHAD STEINER,   ) | |
| ) | |
| Defendant.   ) | |

## MOTION FOR CONTINUANCE

NOW COMES the Defendant, CHAD STEINER, by his attorney, RONALD L. HAMM, and moves this Honorable Court to continue the sentencing hearing presently scheduled herein for January 27, 2006, and in support thereof states as follows:

1.  That the attorney for the Defendant will be on vacation starting January 13, 2006 and will not be returning until January 26, 2006.

2.  That the attorney for the Defendant will not will be unable to properly prepare for the sentencing hearing due to his absence.

3.  That this motion is not intended to delay the prompt administration of justice or to interfere with the Courts' scheduling.

4.  That the interests of justice would be best served if this cause be continued.

WHEREFORE, the Defendant now prays this Honorable Court grant a continuance of the sentencing hearing previously scheduled herein for January 27, 2006.

S/B   RONALD L. HAMM

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/EFC system which will send notification of such filing to the following:, U.S. Attorneys Office, Peoria, Illinois.

S/ Ronald L. Hamm
Chad Steiner, Defendant
RONALD L. HAMM.
415 Hamilton Blvd.
Peoria, IL 61602
Telephone: (309) 671-9701
Fax: (309)637-5788
RHamm@CFGOLAW.com
