FILED
APR 03 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: *USA v. Chad Steiner*

Case Number: *05-10055*

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number *13*), Sentencing Recommendation (document number *14*) and Statement of Reason(s) Page (document number *17*) were returned to the U.S. Probation Office on *3/31/06*.

Received by:

*s/ Douglas Heuermann /lm*
U.S. Probation Office
Date: *04/03/06*