E-FILED
Wednesday, 23 July, 2008  03:05:47 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> v. )<br>CHAD E. STEINER, )<br>    Defendant. ) | COURT NO. 05-10055-001 |

## ENTRY OF APPEARANCE

Please enter the appearance of JAMES A. LEWIS, Assistant United States Attorney, as co-counsel for the United States in this case.

                Respectfully submitted,

                **RODGER A. HEATON
UNITED STATES ATTORNEY**

```
s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov
```

**CERTIFICATE OF SERVICE**

    It is hereby certified that service of the foregoing **ENTRY** was mailed on July 23, 2008, upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

    Chad E. Steiner
    1471 Valle Vista Apt. 12
    Pekin, IL 61554

```
s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov
```